IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID LEE MOORE JR.,

Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1794

Opinion filed November 9, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

David Lee Moore Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General,
Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.